FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM JAMES STRICKLAND,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSEPH WOODRING, Warden,<br><br>　　　　　Respondent. | No. CV 08-785-ODW (AGR)<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS** |

　　On February 5, 2008, Petitioner filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Petition") pursuant to 28 U.S.C. § 2241.

　　On April 28, 2008, Petitioner filed a document in which he indicated that he "would like to formally withdraw claim No. CV 08-785 ODW (AGR), William James Strickland vs. Joseph Woodring, as our difference's have been resolved." Petitioner's document was filed before the Respondent served either an answer or a motion in response to the Petition.

　　The Court construes Petitioner's document filed on April 28, 2008, as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

///

///

1  IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant
2  to Fed. R. Civ. P. 41(a)(1).
3
4  DATED: May 21, 2008
5
_____
OTIS D. WRIGHT II
UNITED STATES MAGISTRATE JUDGE